**JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.**
103 EISENHOWER PKWY SUITE 401
ROSELAND, NJ  07068
Phone: (973) 403-9000
Fax: (973) 403-9021
Attorney: Scott E. Reiser
E-Mail: sreiser@lawjw.com
Attorneys for Plaintiffs, Nadina Loesel and
Jennifer Turiano.

| | |
|---|---|
| NADINA LOESEL and JENNIFER TURIANO, individually and on behalf of all others similarly situated, <br><br>            Plaintiffs, <br><br>    -vs- <br><br> CRYSTAL RUN HEALTHCARE LLP, a New York limited liability partnership, and CRYSTAL RUN AMBULATORY SURGERY CENTER OF MIDDLETOWN, LLC, a New York limited liability company, <br>                 Defendants. | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK CIVIL ACTION No. 7:26-cv-00655 <br><br>           Civil Action <br><br> **SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Plaintiffs, Nadina Loesel and

Jennifer Turiano, substitute Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. as counsel

of record in place of Lum, Drasco & Positan, LLC. Contact information for new counsel is as

follows:

> Scott E. Reiser, Esq. (Bar ID #SR3676)
> Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C.
> 103 Eisenhower Parkway, 4th Floor
> Roseland, New Jersey 07068
> Tel. (973) 403-9000
> Email: sreiser@lawjw.com

#2017667v1

- 2 -

I consent to the above substitution.

/s/ Nadina Loesel
Nadina Loesel

Dated: March 19, 2026

I consent to being substituted:

LUM, DRASCO & POSITAN LLC

By:    /s/ Scott E. Reiser
    SCOTT E. REISER, Bar ID # SR3676

Dated: March 19, 2026

I consent to the above substitution.

/s/ Jennifer Turiano
Jennifer Turiano

Dated: March 19, 2026

I consent to the above substitution.

JAVERBAUM WURGAFT HICKS KAHN
WIKSTROM & SININS, P.C.

By:    /s/ Scott E. Reiser
    SCOTT E. REISER, Bar ID # SR3676

Dated: March 19, 2026

This Substitution is hereby approved and So Ordered:

Date    April 2, 2026

_Jessica Clarke_

HON. JESSICA G. L. CLARKE, U.S.D.J.

- 2 -