**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NADIA LOESEL and JENNIFER TURIANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CRYSTAL RUN HEALTHCARE PHYSICIANS, LLP, and CRYSTAL RUN AMBULATORY SURGERY CENTER OF MIDDLETOWN, LLC,<br><br>Defendants. | Case No. 7:26-cv-00655 |

**NOTICE OF DEFENDANTS CRYSTAL RUN HEALTHCARE, LLP AND CRYSTAL RUN AMBULATORY SURGERY CENTER OF MIDDLETOWN, LLC'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, May 4, 2026 Declaration of Jasmeet K. Ahuja, and any accompanying exhibits, prior pleadings, and proceedings hereto, Defendants Crystal Run Healthcare Physicians, LLP and Crystal Run Ambulatory Surgery Center of Middletown, LLC respectfully move this Court, before the Honorable Jessica G. L. Clarke, United States District Court, Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date and time to be designated by the Court, for an Order dismissing the Second Amended Class Action Complaint in its entirety and with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6).

Date: May 4, 2026

Respectfully submitted,

/s/ *Jasmeet K. Ahuja*
Jasmeet K. Ahuja (Bar No. 5294327)
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
jasmeet.ahuja@hoganlovells.com

*Counsel for Crystal Run Healthcare Physicians, LLP and Crystal Run Ambulatory Surgery Center of Middletown, LLC*