**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NADIA LOESEL and JENNIFER TURIANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>CRYSTAL RUN HEALTHCARE PHYSICIANS, LLP, and CRYSTAL RUN AMBULATORY SURGERY CENTER OF MIDDLETOWN, LLC,<br><br>Defendants. | Case No. 7:26-cv-00655 |

**DECLARATION OF JASMEET K. AHUJA IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

I, Jasmeet K. Ahuja, declare as follows:

1. I am an attorney licensed to practice law in the State of New York and have been admitted to practice before this Court. I am an attorney at the law firm of Hogan Lovells US LLP and am counsel for Defendants Crystal Run Healthcare Physicians, LLP and Crystal Run Ambulatory Surgery Center of Middletown, LLC (together "Crystal Run") in this action. I submit this declaration in connection with Crystal Run's Memorandum of Law in support of its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. The following facts are within my personal knowledge, and if called as a witness herein, I could and would competently serve as such.

2. **Exhibit 1** is a true and correct copy of Crystal Run's "Privacy Policy," with an effective date of May 30, 2024, downloaded from https://www.crystalrunhealthcare.com/privacy-policy.

3. I obtained a copy of Exhibit 1 by navigating to https://www.crystalrunhealthcare.com and then clicking on the link for the "Privacy Policy," which was located at https://www.crystalrunhealthcare.com/privacy-policy.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2026.

Respectfully submitted,

/s/ *Jasmeet K. Ahuja*

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
jasmeet.ahuja@hoganlovells.com

*Counsel for Crystal Run Healthcare Physicians, LLP and Crystal Run Ambulatory Surgery Center of Middletown, LLC*