**MEMO ENDORSED**

# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.

**SCOTT E. REISER**
PARTNER
sreiser@lawjw.com

**103 EISENHOWER PARKWAY**
**SUITE 401**
**ROSELAND, NJ  07068**
**Phone: (973) 403-9000**
**Fax: (973) 403-9021**
**WWW.LAWJW.COM**

**WRITER'S DIRECT LINE:**
(973) 228-6738

*Application GRANTED. The initial pretrial conference in this matter, currently scheduled for May 13, 2026, at 12:00 p.m., is ADJOURNED sine die. The Court will reschedule the conference after the resolution of the motion to dismiss. SO ORDERED.*

May 5, 2026

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 11, 2026
White Plains, New York

*Via CM/ECF*

Hon. Jessica G. L. Clarke, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building
  and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

> **Re:** ***Loesel v. Crystal Run Healthcare Physicians, LLP, et al.***
> ***Case No. 7:26-cv-00655-JGLC***

Dear Judge Clarke:

This Firm is co-counsel to Plaintiffs, Nadina Loesel and Jennifer Turiano ("Plaintiffs") in the above-referenced matter. Please accept this letter motion as Plaintiffs' joint application with Defendants, Crystal Run Healthcare Physicians, LLP and Crystal Run Ambulatory Surgery Center of Middletown, LLC ("Defendants"), pursuant to Local Civil Rule 7.1(e) and Sections 2(a) and 2(e) of Your Honor's Individual Rules and Practices in Civil Cases, for an adjournment of the Initial Pretrial Conference presently scheduled in this matter for May 13, 2026 at 12:00pm.

The parties respectfully request that the Court adjourn the Initial Pretrial Conference to either August 12, 13, or 14, 2026, or a mutually agreeable later date. There have been no prior requests for adjournment or extension. There are no other appearances presently scheduled in this matter.

The parties make this request based on the pendency of Defendants' motion to dismiss Plaintiffs' Second Amended Class Action Complaint, which was filed yesterday. Pacer Doc. 25. Plaintiffs are presently reviewing Defendants' motion and have been discussing a briefing schedule for Plaintiffs' response and Defendants' potential reply. Accordingly, the parties respectfully maintain that it would be more efficient for the Court and parties to conduct the Initial Pretrial Conference once the pleading stage has been resolved.

#2018776v1

Hon. Jessica G.L. Clarke, U.S.D.J.
May 5, 2026
Page 2

       Thank you for Your Honor's courtesies and attention to this matter.

                         Respectfully submitted,

                         JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

                         */s/ Scott E. Reiser*

                         SCOTT E. REISER
A Partner of the Firm

cc:      All counsel of record (via ECF)

#2018776v1